3:12CI20

Local Form 440 (12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section must be filed with the court unless exempted by Fed. R. Civ. P. 4 (l).)*

This summons for *(name of individual and title, if any)* U. S. National Bank Association
was received by me on *(date)* 08 August 2012.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I served U.S. National Bank Association
via registered mail

My fees are $ 18.15 for travel and $ _____ for services, for a total of $ 18.15 .

I declare under penalty of perjury that this information is true.

Date: 21 August 2012

Keith D. James
*Server's signature*

Keith D. James
*Printed name and title*

14 Alloway Dr. Villa Rica, GA 30180
*Server's address*

Additional information regarding attempted service, etc:

FILED IN CLERK'S OFFICE
U.S.D.C. - Newnan

AUG 21 2012

James N. Hatten, Clerk
By: _____ Deputy Clerk

Local Form 440 (12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Keith ~~Kieth~~ D. James

*Plaintiff*

v.

U.S. National Bank Association

*Defendant*

Civil Action No.

12-CV-120

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

U.S. National Bank Association
80 S. 8th Street, Suite 224
Minneapolis, MN. 55402

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Keith D. James
14 Alloway Drive
Villa Rica, Ga 30180

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 8/6/12

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Amanda Beaulieu   C. Date of Delivery |
| 1. Article Addressed to:<br>U.S. Bank, N.A<br>80 S. 8th St Suite 224<br>Minneapolis, MN. 55402 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 1870 0000 1576 7299 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Keith James
14 Alloway DR
Villa Rica, Ga 30180